**Opinion issued April 23, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

---

## NO. 01-12-01120-CV

---

### ANDRE MARTINEZ, Appellant

### V.

### ABRAHAM ROMERO, Appellee

---

**On Appeal from the County Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1006566**

---

## MEMORANDUM OPINION

Appellee Abraham Romero moves to dismiss the appeal because appellant Andre Martinez has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at

the time an item is presented for filing—whatever fees are required by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). The filing fee was due on December 31, 2012. After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of appeal). Further, appellant did not respond to appellee's motion to dismiss the appeal.

Accordingly, we grant appellee's motion and dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.